AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

US

Van Anh

## APPEARANCE

Case Number: CR05-134-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Van Anh

I certify that I am admitted to practice in this court.

12-14-05
Date

Signature

Edward C. Roy Jr.
Print Name

Bar Number

10 Weybossett Street, Suite 300
Address

Providence RI 02903
City State Zip Code

(401) 528-4281 (401) 528-4285
Phone Number Fax Number