AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: CR-05-13401T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for VAN ANH

1/17/06
*Date*

*Signature*

C. Leonard O'Brien 1886
*Print Name*

MacFadyen, Gescheidt & O'Brien
101 Dyer Street, The Ownen Building
*Address*

Providence, RI 02903
*City* *State* *Zip Code*

401-751-5090
*Phone Number*