IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
)
vs. ) CR No. 05-134T
)
VAN ANH )
KHUONG NGUYEN )
QUOC NGUYEN )
THINH CAO )

**MOTION TO SET TRIAL DATE**
**IN OR AFTER MARCH 2006**

Comes now the United States of America, by and through its attorneys Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and requests that this Court not schedule trial of the above-listed case until the calling of the March Trial Calendar. In support of said motion, the government states that it has not yet received a trial notice. Out of abundance of caution, however, the government is requesting that the trial not be placed on this Court's February calendar in that an essential witness, Thom Thi Tong, who witnessed the assault of the victim in this case, is presently in Vietnam and is not scheduled to return until on or after March 5, 2006. The government submits that any delay resulting from the granting of this motion would be excludable under the Speedy Trial Act in that an essential witness is unavailable [18 U.S.C. § 3161(h)(3)(A)] and in that the ends of justice served by the continuance outweigh the interest of the

public and the defendant in a speedy trial. [18 U.S.C. § 3161(h)(8)(A).] No hearing is requested on this motion. In view of the fact that the case has not yet received a trial date, the exact number of excludable days which the granting of this motion would engender cannot be determined. The time from arraignment to the present, however, is excludable in that all defense counsel requested until January 17/19, 2006 to prepare motions and one defendant, i.e. Thinh Cao, has filed a motion to enlarge the time within which to file pretrial motions until February 8, 2006. Co-defendant Khong Nguyen has filed a similar motion with a date of February 3, 2006.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## CERTIFICATION OF SERVICE

I hereby certify that on this 25th day of January, 2006, I served by first class mail, postage prepaid, a copy of the within Motion to Set Trial Date In Or After March, 2006, to the following:

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

Andrew Berg, Esquire
128 Dorrance Street
Providence, RI 02903

Edward Roy, Esquire
Federal Defender's Office
10 Weybosset Street - Suite 300
Providence, RI 02903

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

[signature]