UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | CR NO CR05-134T |
| VAN ANH | : | |

MOTION TO WITHDRAW

NOW COMES the undersigned, Edward C. Roy, Jr., Assistant Federal Public Defender and hereby withdraws his appearance on behalf of the defendant, Van Anh. In support of this motion, the undersigned states the Mr. Anh has retained private counsel to represent him in this matter.

Respectfully Submitted,

[signature]

Edward C. Roy, Jr.
Assistant Federal Defender
Federal Public Defender Office
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

CERTIFICATION

I hereby certify that on this 30th day of January, 2006, I mailed a true copy of the within motion to James H. Leavey, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

[signature]

GRANTED
Ernest C. Torres

Ernest C. Torres
Chief, US District Judge
2/9/06