UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS**

Now comes the defendant, Van Anh, through counsel and respectfully requests that this Court enlarge the time in which he may file pretrial motions by two weeks, from February 10 to February 24, 2006.

**STATEMENT PURSUANT TO LOCAL RULE 12 (d)**

The fourteen (14) day enlargement of time requested would constitute excludable time as defined by 18 U.S.C. § 3161(h).

Furthermore, at the defendant's December 14, 2005 arraignment, his request for time to prepare motions was granted and the period, January 6, 2006 through January 17, 2006, was deemed excludable time. Since then, the Court has granted other defendants' requests for additional time to prepare motions and extended the motions period through February 10, 2006. Therefore, the defendant now acknowledges that, if this motion is granted, the entire period running from January 6, 2006 through February 24, 2006, amounting to forty-nine (49) days, would be excludable time.

Finally, the defendant contends that, for the reasons discussed in the memorandum accompanying this motion, the ends of justice served by the requested continuance outweigh the interest of the public and the defendant in a speedy trial.

## NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)

The defendant does not request oral argument.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of February, 2006, I caused a copy of this Motion to Enlarge Time to File Pretrial Motions to be served by U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903

Andrew Berg, Esq.
Sammartino & Berg, LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

John F. Ciccilline, Esq.
387 Atwells Avenue
Providence, RI 02909

James T. McCormick, Esq.
128 Dorrance Street
Providence, RI 02903

Judith Crowell, Esq.
Law Office of Judith Crowell
127 Dorrance Street
Providence, RI 02903

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS**

The defendant, Van Anh, has asked the court to enlarge the time in which he may file pretrial motions by two weeks, from February 10 to February 24, 2006.

In support of this motion, he represents that both C. Leonard O'Brien, his local counsel, and attorney Inga S. Bernstein, *pro hac vice* counsel, are newly involved in his defense and require the additional time to fulfill their obligations at this stage of the case.

Mr. O'Brien has been involved for less than a month. Ms. Bernstein was admitted on February 6, 2006.[1] Both counsel have not yet had a full opportunity to evaluate the discovery produced thus far in the case, to communicate with the Government regarding outstanding discovery, to consult with their client and to evaluate the need to file motions. They believe that additional time will enable this evaluation and communication to take place. They also believe that completing this work may render discovery motions unnecessary.

Finally, as stated on the face of the motion, the defendant acknowledges that the additional time requested, along with the time period allowed to date for motions preparation, is

[1] A motion to admit her *pro hac vice* was filed at the time of Mr. O'Brien's entry. A motion to admit her associate, Norman Zalkind, *pro hac vice* was also filed and is pending before the court. The defendant wishes Mr. Zalkind to be his principal counsel. However, if Mr. Zalkind is admitted, Ms. Bernstein's involvement at this point will make any further extension of time for the same reason unnecessary.

excludable time. He also believes that the extension is necessary to his counsel's effective preparation and, therefore, is in the interest of justice.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2006, I caused a copy of this Memorandum in Support of Defendant's Motion to Enlarge Time to File Pretrial Motions to be served by U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903

Andrew Berg, Esq.
Sammartino & Berg, LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

John F. Ciccilline, Esq.
387 Atwells Avenue
Providence, RI 02909

James T. McCormick, Esq.
128 Dorrance Street
Providence, RI 02903

Judith Crowell, Esq.
Law Office of Judith Crowell
127 Dorrance Street
Providence, RI 02903