UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
FEB 10 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES :
v. : CR No. 05-00134-01-T
VAN ANH :

## MOTION TO ENLARGE TIME TO FILE PRETRIAL MOTIONS

Now comes the defendant, Van Anh, through counsel and respectfully requests that this Court enlarge the time in which he may file pretrial motions by two weeks, from February 10 to February 24, 2006.

## STATEMENT PURSUANT TO LOCAL RULE 12 (d)

The fourteen (14) day enlargement of time requested would constitute excludable time as defined by 18 U.S.C. § 3161(h).

Furthermore, at the defendant's December 14, 2005 arraignment, his request for time to prepare motions was granted and the period, January 6, 2006 through January 17, 2006, was deemed excludable time. Since then, the Court has granted other defendants' requests for additional time to prepare motions and extended the motions period through February 10, 2006. Therefore, the defendant now acknowledges that, if this motion is granted, the entire period running from January 6, 2006 through February 24, 2006, amounting to forty-nine (49) days, would be excludable time.

Finally, the defendant contends that, for the reasons discussed in the memorandum accompanying this motion, the ends of justice served by the requested continuance outweigh the interest of the public and the defendant in a speedy trial.

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)**

The defendant does not request oral argument.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

GRANTED
Ernest C. Torres
Chief, US District Judge
2/16/06

Inga S. Bernstein (Massachusetts BBO# 627251)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2006, I caused a copy of this Motion to Enlarge Time to File Pretrial Motions to be served by U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th floor
Providence, RI 02903

Andrew Berg, Esq.
Sammartino & Berg, LLP
128 Dorrance Street, Suite 400
Providence, RI 02903

John F. Ciccilline, Esq.
387 Atwells Avenue
Providence, RI 02909

James T. McCormick, Esq.
128 Dorrance Street
Providence, RI 02903

Judith Crowell, Esq.
Law Office of Judith Crowell
127 Dorrance Street
Providence, RI 02903

Ellen Taylor