IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| QUOC NGUYEN | ) | |
| THINH CAO | ) | |

**GOVERNMENT'S RESPONSE TO MOTION FOR ADMISSION PRO HAC VICE (Norman Zalkind)**

The government takes no position on the admission pro hac vice of Norman Zalkind to represent defendant Van Anh, since the choice of counsel and admission of that counsel are uniquely within the province of the Court and defendant. The government would, however, note that the defendant, Van Anh, claimed indigency at the time of his arraignment. The Federal Defender was appointed to represent him. Since that time, two private attorneys have filed notices of appearance on his behalf and Mr. Zalkind would be the third. It seems to the government that an explanation to the Court of where the funds are coming from to pay these attorneys would be appropriate. At the very

least, the defendant should be required to reimburse the Federal Defender for the time spent in representing the defendant in accordance with Local Rule Cr. 44(a)(3).

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 17th day of February, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Response to Motion for Admission Pro Hac Vice (Norman Zalkind), to the following:

James McCormick, Esquire
128 Dorrance Street - Suite 330
Providence, RI 02903

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
127 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903