UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**NOTICE OF INTENTION TO CHALLENGE THE ADMISSIBILITY OF EVIDENCE RELATED TO A TAPE RECORDED TELEPHONE CONVERSATION ALLEGEDLY BETWEEN DEFENDANT VAN ANH AND THE COMPLAINING WITNESS TOMMY NGUYEN**

Now comes the defendant, Van Anh, through counsel and respectfully provides this Honorable Court with notice that, pursuant to Local Rule Cr. 23(b)(3), he intends to challenge the admissibility of evidence related to a tape recorded telephone call alleged to be between this defendant and the complaining witness, Tommy Nguyen, on or around August 23, 2005.

The defendant believes that this matter will become ripe for the Court's consideration once the government has specified what it wishes to offer pursuant to LR Cr 23(b), and the defendant has had the opportunity, pursuant to LR Cr 23(b)(3), to articulate his objections. Accordingly, he asks that the Court reserve consideration of this matter until or shortly before trial.

**STATEMENT PURSUANT TO LOCAL RULE 12(d)**

The defendant takes the position that this notice does not call for any excludable time as defined by 18 U.S.C. § 3161(h) because he asks that the Court reserve consideration of this matter until or shortly before trial.

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)**

The defendant requests oral argument on this issue when the Court considers it.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251) by clo
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2006, I caused a copy of this Notice of Intention to Challenge the Admissibility of Evidence Related to a Tape Recorded Telephone Conversation Allegedly Between Defendant Van Anh and the Complaining Witness Tommy Nguyen, to be served by U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Andrew H. Berg
Sammartino & Berg
128 Dorrance Street, Suite 400
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MEMORANDUM IN SUPPORT OF DEFENDANT'S NOTICE OF INTENTION TO CHALLENGE THE ADMISSIBILITY OF EVIDENCE RELATED TO A TAPE RECORDED TELEPHONE CONVERSATION**

Van Anh, through counsel, has filed notice of his intention to challenge the admissibility of evidence related to a tape-recorded telephone conversation allegedly between him and the complaining witness, Tommy Nguyen. He understands that the tape recording was made on or around August 23, 2005. Mr. Anh anticipates opposing the admission of the tape recording for a number of reasons including the significant potential for undue prejudice and confusion that would result from the tape's admission. However, at this time, he believes that specific objections, even a challenge under Rule 403 under the Federal Rules of Evidence, would be premature and that the matter is not ripe for the Court's consideration.

In LR Cr 23(b), the Court has made provisions for resolving disputes regarding the "audibility, completeness and admissibility" of tape recordings, such as the one in question. The defendant anticipates that, two weeks before trial or sooner, the government will particularize what it will seek to admit and furnish an English language transcript of what is alleged to have been spoken in Vietnamese. Once the particulars are available, the defendant will file the specific objections that he believes to be appropriate.

The defendant has filed his Notice of Intention to Challenge in order to avoid inadvertently waiving his right to object to the admissibility of the tape recording once the government has met its LR Cr 23(b) obligations.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of February, 2006, I caused a copy of this Memorandum in Support of Defendant's Notice of Intention to Challenge the Admissibility of Evidence Related to a Tape Recorded Telephone Conversation to be served by U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Andrew H. Berg
Sammartino & Berg
128 Dorrance Street, Suite 400
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909