AO 89 (Rev. 5/85) Subpoena

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

VAN ANH, KHONG NGUYEN,
QUOC NGUYEN, THINH CAO

## SUBPOENA

CASE NUMBER: CR05-134T

| TYPE OF CASE | SUBPOENA FOR |
|---|---|
| ☐ CIVIL ☒ CRIMINAL | ☒ PERSON ☒ DOCUMENT(S) or OBJECT(S) |

TO: Custodian of Records
Verizon Legal Compliance
140 West Street - 21st FLoor
New York, NY 10007
(F) 212-921-4636 (O) 888-483-2600

YOU ARE HEREBY COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM / DATE AND TIME |
|---|---|
| United States District Court<br>Federal Building - United States Courthouse<br>One Exchange Terrace<br>Providence, Rhode Island | COURTROOM: #3 - Chief Judge Torres<br>DATE AND TIME: April 18, 2006 9:00 a.m. |

YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):*

SEE ATTACHMENTS.

☐ *See additional information on reverse*

This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| U.S. MAGISTRATE OR CLERK OF COURT | DATE |
|---|---|
| Paulette J. Dube (signature) | March 30, 2006 |
| (BY) DEPUTY CLERK: Chief Deputy Clerk | |

This subpoena is issued upon application of the:

☐ Plaintiff ☐ Defendant ☒ U.S. Attorney
ROBERT CLARK CORRENTE

QUESTIONS MAY BE ADDRESSED TO:
JAMES H. LEAVEY, AUSA
United States Attorney's Office
50 Kennedy Plaza, 8th Fl. Fleet Center
Providence, RI 02903 (401) 709-5000
ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER

*If not applicable, enter "none".

#2

ATTACHMENT TO SUBPOENA ISSUED TO:

Custodian of Records
Verizon Legal Compliance
140 West Street - 21st Floor
New York,NY 10007
FAX 212-921-4636
TEL 888-483-2600

Please provide subscriber information for the following telephone numbers:

617-472-6289
617-519-0430
617-519-0520

from March 1, 2005 to July 31, 2005.

Please provide all toll records of calls to and from the above telephone numbers to and from each other and numbers listed below from March 1, 2005 to July 31, 2005.

401-345-2882
857-829-3810
617-201-4239

Please return the requested records to:

The Clerk's Office
United States District Court
One Exchange Terrace
Providence, RI 02903

ATTN: Chief Judge Ernest C. Torres

# CERTIFICATION OF BUSINESS RECORDS

1. I, ______________________________, the undersigned, declare that I am employed by/associated with Verizon New England, in the position of ________________________ and Custodian of Records, and by reason of my position am authorized and qualified to make this declaration.

2. I further declare that the documents attached hereto are original records or true copies of records that were:

a. made at or near the time of the occurrence of the matters described in the documents by (or from information transmitted by) a person with knowledge of those matters;

b. kept in the course of regularly conducted business activity; and

c. made by the said business activity as a regular practice.

3. I further declare that the documents attached hereto constitute all documents responsive to the trial subpoena issued on ____________________ to __________________________, which are in the actual or constructive possession, custody or control of ________________________________.

I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Date of execution: ______________________

Place of execution: ______________________

Signature: ______________________

Print Name: ______________________

Subscribed and sworn to me on the _____ day of ______________, 2006.

______________________________
Notary Public
My Commission Expires:____________