UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

## MOTION IN LIMINE TO EXCLUDE EVIDENCE OF $10,000 WIRE TRANSFER

Now comes the defendant, Anh Van, through counsel and pursuant to Fed. R. Evid. 401, 402 and 403, respectfully requests that this Honorable Court exclude from evidence any testimony or documentary evidence related to an alleged wire transfer of $10,000.00 from witness Yvonne Nguyen to a Wachovia Bank account allegedly held by an individual in Georgia, Hop Cao, because there is no demonstrated connection between any defendant in this case and that transfer. If this evidence is not excluded Van asks that the jury be instructed that this evidence cannot be considered against him.

In further support of this motion, he supplies the accompanying memorandum of law.

**STATEMENT PURSUANT TO LOCAL RULE 12(d)**

The time required for consideration of this motion would constitute excludable time as defined by 18 U.S.C. § 3161(h).

**NEED FOR ORAL HEARING UNDER LOCAL RULE 12(e)**

The defendant requests oral argument on this issue.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2006, I caused a copy of this Motion in Limine to Exclude Statements of Co-Defendant Thinh Cao from Evidence and accompanying Memorandum of Law, to be served by fax and U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF $10,000 WIRE TRANSFER**

The Government has indicated that it intends to offer a document related to a $10,000 wire transfer from witness Yvonne Nguyen to a Wachovia Bank account in Georgia on March 29, 2005. In its Pretrial Memorandum, the Government states that this transfer represented payment on a gambling debt of witness Tommy Nguyen to a man named Hop Cao, in Georgia. There is no demonstrable link between this payment with any of the defendants now facing trial in this case. Consequently, this material is irrelevant to the case at bar and, if admitted would unfairly prejudice the defendant by creating the unsupported suggestion that he was, in some way, linked to this transfer. Moreover, this irrelevant evidence could well confuse the issues and mislead the jury. For all these reasons, this evidence should be excluded pursuant to Fed. R. Evid. 401, 402 and 403.

If this evidence is not excluded Van asks that the jury be instructed that this evidence cannot be considered against him because there is nothing linking it to him.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2006, I caused a copy of this Motion in Limine to Exclude Statements of Co-Defendant Thinh Cao from Evidence and accompanying Memorandum of Law, to be served by fax and U.S. mail, postage pre-paid, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

James T. McCormick
McKenna & McCormick
128 Dorrance Street, Suite 330
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909