IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| THINH CAO | ) | |

**GOVERNMENT'S MOTION IN LIMINE**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and moves in limine to prohibit defendants from attempting to impeach the government's witness, Tommy Nguyen, with a prior misdemeanor conviction or any other non-felony for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## CERTIFICATION OF SERVICE

I hereby certify that on this 1 day of May, 2006, I hand-delivered a copy of the within Government's Motion in Limine, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
128 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

Norman Zalkind, Esquire
65A Atlantic Avenue
Boston, MA 02110

James H. Leavey

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| THINH CAO | ) | |

**MEMORANDUM IN SUPPORT OF**
**GOVERNMENT'S MOTION IN LIMINE**

The government has supplied defense counsel with the criminal record of its main witness, Tommy Nguyen. The record shows that on May 23, 1996, he was convicted of ENTERING AUTO MISD C/F felony in Dekalb County, Superior Court, Georgia. He was sentenced to 12 months probation with restitution and community service. The government does not know whether this offense is a felony, but if it is, the government does not object to impeachment under FRE 609(a)(1).

On December 11, 1995, Tommy Nguyen was convicted of DRIVING WITH A SUSPENDED LICENSE which is a misdemeanor. He was sentenced to six months probation, a fine of $500 and community service. The government has advised defense counsel that a warrant was issued for Tommy Nguyen's failure to pay the fine and perform community service. A non-extraditable warrant was issued. The government submits that this offense does not fall within FRE 609 and does not involve dishonesty or false

statement. Furthermore, it is beyond the ten year requirement of Subsection (b).

The third arrest involved a charge of SIMPLE ASSAULT with a disposition of "no further action anticipated". This disposition occurred on August 20, 1999. This misdemeanor is not even a conviction.

Finally, the government has advised defense counsel that last week there appeared to be a domestic dispute between Tommy Nguyen and his former girlfriend over a gambling debt. Police were called but no arrest was made.

The government submits that with the possible exception of the ENTRY OF AN AUTOMOBILE offense noted above, the defense should be prohibited from impeaching Tommy Nguyen with the other alleged offenses.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

CERTIFICATION OF SERVICE

I hereby certify that on this 1 day of May, 2006, I hand-delivered a copy of the within Government's Motion in Limine, along with its accompanying Memorandum, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
128 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

Norman Zalkind, Esquire
65A Atlantic Avenue
Boston, MA 02110

James H. Leavey