UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TELEPHONE CALLS ON JULY 25, 2005 ALLEGEDLY BETWEEN ANH VAN AND THINH CAO'S TELEPHONES**

Now comes the defendant, Anh Van, through counsel and pursuant to Fed. R. Evid. 401 and 403, and respectfully requests that this Honorable Court exclude from evidence any testimony or documentary evidence related to telephone calls between a telephone alleged to be Anh Van's (617-201-4239) and Thinh Cao (857-829-3810) on July 25, 2005. As grounds therefor, he states that the evidence will demonstrate that Thinh Cao did not have his telephone with him on that date and, thus, the evidence of communications between these two telephone numbers is irrelevant and the suggestion that there were communications between these two co-defendants on that day would be unfairly prejudicial, would confuse the issues, and mislead the jury.

In further support of this motion, he supplies the accompanying memorandum of law.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of May, 2006, I caused a copy of this Motion in Limine and accompanying Memorandum of Law, to be served by hand, on the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MEMORANDUM IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE EVIDENCE OF TELEPHONE CALLS ON JULY 25, 2005 ALLEGEDLY BETWEEN ANH VAN AND THINH CAO'S TELEPHONES**

The government has prepared two summary exhibits, Exhibits 15B and 17, which purport to demonstrate that there were telephone calls between Defendants Anh Van and Thinh Cao, on July 25, 2005. These proposed exhibits are attached hereto as Exhibits A and B. However, the available evidence indicates that Thinh Cao did not have his telephone with him on that date. Specifically, within a very short time after the incident in question, Thinh Cao and two of the other defendants, were arrested in Massachusetts and returned to Rhode Island. The West Warwick Police, booked Mr. Cao that day, prepared an arrest inventory which reflects that other items, but not a telephone, were taken from Mr. Cao. A copy of this inventory is attached hereto as Exhibit C. This clearly suggests that Mr. Cao did not have his telephone with him. Moreover, the complete telephone records produced by the government in discovery demonstrate that "Mr. Cao's" telephone was used to place three outgoing telephone calls – at 1:47 am, 1:48 am, and 1:50 am – on July 26, 2005 during the period of time that he was being held in custody. Excerpts of the complete telephone records from the government are attached hereto as Exhibit D. In addition, the complete telephone records clearly demonstrate that the telephone that government wants to say is Thinh Cao's continued to be used for some period of time after his arrest, which

demonstrates that this telephone was not thrown away by the defendant on July 25th. See Exhibit D. Finally, the other defendants arrested that day did have telephone with them, which further supports the fact that there was no conscious effort by these defendants to separate themselves from their telephones.

Because the evidence clearly indicates that someone other than Mr. Cao was using the telephone that the government says was his on July 25, 2005, the telephone calls between that phone number and Mr. Van's telephone number, they are irrelevant to the case and their admission would be highly prejudicial, confusing and misleading. In sum, this evidence should be excluded from consideration by the jury.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020