TELEPHONE RECORDS: VAN ANH (617-201-4239) AND THINH CAO (857-829-3810)

| Call Strt Dt | Call Time | Call Type | Call Forward Ind | Duration | Customer Ptn | Other Party |
|---|---|---|---|---|---|---|
| 21-Apr-2005 | 4:49 pm | Inbound | No | 0.92 | 6172014239 | 18578293810 |
| 30-Apr-2005 | 10:17 pm | Outbound | No | 0.12 | 6172014239 | 8578293810 |
| 30-Apr-2005 | 6:47 pm | Inbound | No | 1.05 | 6172014239 | 18578293810 |
| 01-May-2005 | 4:42 pm | Outbound | No | 0.17 | 6172014239 | 8578293810 |
| 01-May-2005 | 5:25 pm | Outbound | No | 0.4 | 6172014239 | 8578293810 |
| 06-May-2005 | 3:11 pm | Outbound | No | 1.73 | 6172014239 | 8578293810 |
| 09-May-2005 | 5:27 pm | Inbound | No | 1.87 | 6172014239 | 8578293810 |
| 17-May-2005 | 1:37 pm | Inbound | No | 2.47 | 6172014239 | 8578293810 |
| 20-May-2005 | 7:19 pm | Outbound | No | 0.33 | 6172014239 | 8578293810 |
| 20-May-2005 | 7:57 pm | Inbound | No | 0.2 | 6172014239 | 18578293810 |
| 21-May-2005 | 2:35 pm | Inbound | No | 0.95 | 6172014239 | 18578293810 |
| 01-Jun-2005 | 12:23 pm | Inbound | No | 0.35 | 6172014239 | 18578293810 |
| 01-Jun-2005 | 2:47 pm | Outbound | No | 1.08 | 6172014239 | 8578293810 |
| 02-Jun-2005 | 7:23 pm | Inbound | No | 2.83 | 6172014239 | 8578293810 |
| 03-Jun-2005 | 2:36 pm | Inbound | Yes | 0.33 | 6172014239 | 18578293810 |
| 03-Jun-2005 | 2:46 pm | Outbound | No | 4.27 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 12:56 pm | Inbound | No | 0.88 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 2:14 pm | Inbound | Yes | 0.23 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 2:30 pm | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 2:33 pm | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 2:35 pm | Outbound | No | 0.35 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 3:47 pm | Outbound | No | 1.25 | 6172014239 | 8578293810 |
| 04-Jun-2005 | 3:00 pm | Inbound | No | 0.27 | 6172014239 | 8578293810 |
| 05-Jun-2005 | 6:58 pm | Inbound | Yes | 0.05 | 6172014239 | 18578293810 |
| 05-Jun-2005 | 7:06 pm | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 09-Jun-2005 | 9:46 pm | Outbound | No | 0.5 | 6172014239 | 8578293810 |
| 15-Jun-2005 | 12:25 pm | Outbound | No | 0.65 | 6172014239 | 8578293810 |
| 21-Jun-2005 | 1:00 pm | Inbound | No | 2.37 | 6172014239 | 8578293810 |
| 25-Jun-2005 | 7:31 pm | Inbound | No | 1.47 | 6172014239 | 8578293810 |
| 30-Jun-2005 | 6:36 pm | Inbound | No | 0.67 | 6172014239 | 8578293810 |
| 02-Jul-2005 | 3:39 pm | Inbound | No | 2.4 | 6172014239 | 8578293810 |
| 06-Jul-2005 | 11:35 am | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 06-Jul-2005 | 11:45 am | Outbound | No | 4.12 | 6172014239 | 8578293810 |
| 07-Jul-2005 | 4:01 pm | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 07-Jul-2005 | 5:24 pm | Outbound | No | 0 | 6172014239 | 8578293810 |
| 07-Jul-2005 | 5:25 pm | Outbound | No | 0 | 6172014239 | 8578293810 |
| 07-Jul-2005 | 5:30 pm | Outbound | No | 0 | 6172014239 | 8578293810 |
| 17-Jul-2005 | 3:24 pm | Inbound | Yes | 0 | 6172014239 | 8578293810 |
| 17-Jul-2005 | 3:34 pm | Inbound | Yes | 0 | 6172014239 | 18578293810 |
| 17-Jul-2005 | 4:02 pm | Outbound | No | 0 | 6172014239 | 8578293810 |

– A –

GOVERNMENT EXHIBIT 15B

| | | | | | | |
|---|---|---|---|---|---|---|
| 17-Jul-2005 | 5:02 pm | Outbound | No | 0 | 6172014239 | 8578293810 |
| 20-Jul-2005 | 9:46 am | Inbound | No | 2.22 | 6172014239 | 8578293810 |
| 23-Jul-2005 | 6:53 pm | Outbound | No | 2.08 | 6172014239 | 8578293810 |
| 23-Jul-2005 | 6:56 pm | Inbound | No | 1.33 | 6172014239 | 18578293810 |
| 24-Jul-2005 | 4:43 pm | Outbound | No | 0.15 | 6172014239 | 8578293810 |
| 24-Jul-2005 | 8:03 pm | Inbound | No | 0.97 | 6172014239 | 8578293810 |
| 25-Jul-2005 | 11:42 am | Inbound | No | 0.37 | 6172014239 | 8578293810 |
| 25-Jul-2005 | 11:43 am | Outbound | No | 0.72 | 6172014239 | 8578293810 |
| 25-Jul-2005 | 6:57 pm | Inbound | No | 4.62 | 6172014239 | 18578293810 |
| 25-Jul-2005 | 7:52 pm | Inbound | No | 0.32 | 6172014239 | 18578293810 |
| 25-Jul-2005 | 8:49 pm | Outbound | No | 0.08 | 6172014239 | 8578293810 |
| 25-Jul-2005 | 8:59 pm | Inbound | No | 7.57 | 6172014239 | 18578293810 |