# TELEPHONE RECORDS
## JULY 25, 2005

| Call Strt Dt | Call Time | Call Type | Call Forward Ind | Duration | Customer Ptn | Other Party |
|---|---|---|---|---|---|---|
| 25-Jul-2005 | 11:42 am | Outbound | No | 0.37 | from T. Cao 8578293810 | to Van Anh 6172014239 |
| 25-Jul-2005 | 11:43 am | Outbound | No | 0.72 | from Van Anh 6172014239 | to T. Cao 8578293810 |
| 25-Jul-2005 | 11:44 am | Outbound | No | 0 | from T. Cao 8578293810 | to Khong N. 6175190430 |
| 25-Jul-2005 | 11:46 am | Outbound | No | 0 | from T. Cao 8578293810 | to Khong N. 6175190430 |
| 25-Jul-2005 | 11:49 am | Inbound | No | 0.97 | to T. Cao 8578293810 | frm Khong N 6175190430 |
| 25-Jul-2005 | 5:39 pm | Outbound | No | 0.58 | from T. Cao 8578293810 | to Khong N. 6175190430 |
| 25-Jul-2005 | 6:27 pm | Inbound | No | 0.32 | to T. Cao 8578293810 | frm Khong N 6175190430 |
| 25-Jul-2005 | 6:57 pm | Inbound | No | 4.62 | to Van Anh 6172014239 | from T. Cao 18578293810 |
| 25-Jul-2005 | 7:52 pm | Inbound | No | 0.32 | to Van Anh 6172014239 | from T. Cao 18578293810 |

GOVERNMENT EXHIBIT 17

B

| | | | | | | |
|---|---|---|---|---|---|---|
| 25-Jul-2005 | 8:48 pm | Inbound | Yes | 0.07 | to Van Anh 6172014239 | frm Tommy N 6784711452 |
| 25-Jul-2005 | 8:48 pm | Outbound | No | 0.07 | from Van Anh 6172014239 | to Tommy N 6784711452 |
| 25-Jul-2005 | 8:49 pm | Outbound | No | 0.2 | from T. Cao 8578293810 | to Van Anh 6172014239 |
| 25-Jul-2005 | 8:49 pm | Outbound | No | 0.08 | from Van Anh 6172014239 | to T. Cao 8578293810 |
| 25-Jul-2005 | 8:49 pm | Outbound | No | 2.82 | from Van Anh 6172014239 | to Khong N. 6175190430 |
| 25-Jul-2005 | 8:59 pm | Inbound | No | 7.57 | to Van Anh 6172014239 | from T. Cao 18578293810 |