Printed on

03/06/2006

West Warwick Police Department

# Arrest Number: 05-933-AR

Thinh Cao Arrested on: 07/25/2005 Time: 2330



## Property

Searched By
PATROL DONALD J ARCHIBALD

Searched Date
07/26/2005

Time
0050

Released To
---

Released Date
---

Time
---

Returned By
---

Returned Date
---

Time
---

38.08 CASH

GOLD BRACELET

GOLD RING

GOLD NECKLACE

SIGN: ______________________ DATE: ________ TIME: ________
The above list is my property

SIGN: ______________________ DATE: ________ TIME: ________
I have received the above property

C

Printed on 03/06/2006

West Warwick Police Department

**Arrest Number: 05-932-AR**



Quoc Nguyen Arrested on: 07/25/2005 Time: 2330

## Property

Searched By: PATROL DONALD J ARCHIBALD

Searched Date: 07/26/2005

Time: 0017

Released To: ---

Released Date: ---

Time: ---

Returned By: ---

Returned Date: ---

Time: ---

1,612.18

CELL PHONE

WALLET

KEYS

SIGN: ______________________ DATE: __________ TIME: __________
The above list is my property

SIGN: ______________________ DATE: __________ TIME: __________
I have received the above property

West Warwick Police Department

Printed on 0· ·06/2006

**Arrest Number: 05-931-AR**

Khuong T Nguyen Arrested on: 07/25/2005 Time: 2347



**Property**

| | | |
|---|---|---|
| Searched By<br>DETECTIVE MARK C BENNETT | Searched Date<br>07/25/2005 | Time<br>2349 |
| Released To<br>--- | Released Date<br>--- | Time<br>--- |
| Returned By<br>--- | Returned Date<br>--- | Time<br>--- |

HAT

BRACELET

WALLET 89.00

WATCH

CELL PHONE

SIGN: ____________________ DATE: __________ TIME: __________
The above list is my property

SIGN: ____________________ DATE: __________ TIME: __________
I have received the above property