Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 25-Jul-2005 | 4:54 AM | Outbound | No | 0.13 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:58 AM | Outbound | No | 0.1 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:32 AM | Outbound | No | 0.77 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:09 AM | Inbound | No | 0.3 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:18 AM | Outbound | No | 0.53 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:12 AM | Inbound | No | 0.42 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:08 AM | Outbound | No | 0.2 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 4:22 AM | Outbound | No | 0.18 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 5:36 AM | Inbound | No | 0.45 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 5:16 AM | Outbound | No | 0 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 6:05 AM | Inbound | No | 0.07 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 6:09 AM | Outbound | No | 0.87 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 6:38 AM | Inbound | Yes | 0.05 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 5:54 AM | Outbound | No | 0.32 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 6:01 AM | Inbound | No | 0.58 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 6:44 AM | Inbound | Yes | 0.05 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 7:06 AM | Inbound | No | 0.28 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 9:10 AM | Inbound | No | 1.32 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 10:16 AM | Inbound | No | 0 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 10:13 AM | Outbound | No | 0.13 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 10:37 AM | Outbound | No | 0.38 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 10:28 AM | Outbound | No | 0.2 | 8578293810 | 7812924169 |
| 25-Jul-2005 | 10:40 AM | Inbound | No | 0.3 | 8578293810 | 6176424735 |
| 25-Jul-2005 | 10:03 AM | Outbound | No | 0.75 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 11:43 AM | Inbound | No | 0.73 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 11:42 AM | Outbound | No | 0.37 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 1:15 PM | Outbound | No | 0.3 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 2:01 PM | Inbound | No | 6.32 | 8578293810 | 6177104014 |
| 25-Jul-2005 | 3:35 PM | Outbound | No | 1.52 | 8578293810 | 6174713615 |
| 25-Jul-2005 | 3:31 PM | Outbound | No | 0.25 | 8578293810 | 5084547723 |
| 25-Jul-2005 | 4:03 PM | Inbound | Yes | 0.22 | 8578293810 | 2077750297 |
| 25-Jul-2005 | 4:03 PM | Outbound | No | 0.38 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 4:04 PM | Outbound | No | 2.98 | 8578293810 | 2077750297 |
| 25-Jul-2005 | 4:23 PM | Inbound | No | 1.15 | 8578293810 | 5084547723 |
| 25-Jul-2005 | 6:57 PM | Outbound | No | 4.62 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 7:52 PM | Outbound | No | 0.32 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 8:21 PM | Outbound | No | 0.52 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 8:49 PM | Outbound | No | 0.2 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 8:59 PM | Outbound | No | 7.57 | 8578293810 | 6172014239 |
| 25-Jul-2005 | 9:45 PM | Inbound | Yes | 0 | 8578293810 | 7819859468 |
| 25-Jul-2005 | 9:47 PM | Inbound | Yes | 0 | 8578293810 | 8574521323 |
| 26-Jul-2005 | 1:48 AM | Outbound | No | 0 | 8578293810 | 7819859468 |
| 26-Jul-2005 | 2:51 PM | Inbound | Yes | 0 | 8578293810 | 6173099443 |
| 26-Jul-2005 | 5:12 PM | Inbound | Yes | 0 | 8578293810 | |
| 26-Jul-2005 | 5:11 PM | Inbound | Yes | 0 | 8578293810 | 5033587424 |
| 26-Jul-2005 | 5:25 PM | Inbound | Yes | 0.43 | 8578293810 | 5033587424 |
| 26-Jul-2005 | 5:15 PM | Inbound | Yes | 0.37 | 8578293810 | 5033587424 |
| 26-Jul-2005 | 5:34 PM | Outbound | No | 0.83 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 5:35 PM | Outbound | No | 2.48 | 8578293810 | 5033587424 |



D

Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 26-Jul-2005 | 5:42 PM | Inbound | Yes | 0 | 8578293810 | 5084005650 |
| 26-Jul-2005 | 9:33 PM | Outbound | No | 0.7 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 9:27 PM | Outbound | No | 0.52 | 8578293810 | 5033587424 |
| 26-Jul-2005 | 9:11 PM | Inbound | Yes | 0.07 | 8578293810 | 6176424735 |
| 26-Jul-2005 | 9:40 PM | Inbound | Yes | 0.17 | 8578293810 | 6176424735 |
| 26-Jul-2005 | 9:41 PM | Outbound | No | 0.47 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 9:45 PM | Outbound | No | 0.13 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 11:10 PM | Inbound | Yes | 0.08 | 8578293810 | 6173099443 |
| 26-Jul-2005 | 11:17 PM | Outbound | No | 0 | 8578293810 | 5033587424 |
| 27-Jul-2005 | 10:25 AM | Outbound | No | 0.45 | 8578293810 | 6178697190 |
| 27-Jul-2005 | 10:26 AM | Outbound | No | 0 | 8578293810 | 6172820396 |
| 27-Jul-2005 | 10:34 AM | Outbound | No | 0.28 | 8578293810 | 6178204653 |
| 27-Jul-2005 | 10:46 AM | Outbound | No | 0.95 | 8578293810 | 8578296245 |
| 27-Jul-2005 | 11:04 AM | Inbound | No | 0 | 8578293810 | 6178755858 |
| 27-Jul-2005 | 11:05 AM | Outbound | No | 1.58 | 8578293810 | 6178755858 |
| 27-Jul-2005 | 11:04 AM | Outbound | No | 0.13 | 8578293810 | 6178755858 |
| 27-Jul-2005 | 11:12 AM | Inbound | No | 3.5 | 8578293810 | 6175159556 |
| 25-Jul-2005 | 6:05 AM | Outbound | No | 0.2 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 6:49 AM | Outbound | No | 0.33 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 5:57 AM | Outbound | No | 0.28 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 6:03 AM | Outbound | No | 0.63 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 6:48 AM | Inbound | No | 0.67 | 8578293810 | 6174079342 |
| 25-Jul-2005 | 5:50 AM | Inbound | Yes | 0.05 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 6:44 AM | Inbound | No | 0.27 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 5:51 AM | Inbound | Yes | 0.05 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 9:43 AM | Outbound | No | 1.98 | 8578293810 | 6177845237 |
| 25-Jul-2005 | 9:36 AM | Outbound | No | 0.15 | 8578293810 | 6173099443 |
| 25-Jul-2005 | 9:51 AM | Outbound | No | 0.47 | 8578293810 | 6176424735 |
| 25-Jul-2005 | 9:57 AM | Outbound | No | 0.9 | 8578293810 | 5084547723 |
| 25-Jul-2005 | 9:53 AM | Outbound | No | 0.05 | 8578293810 | 6173199768 |
| 25-Jul-2005 | 9:56 AM | Outbound | No | 0 | 8578293810 | 6175670580 |
| 25-Jul-2005 | 9:54 AM | Outbound | No | 0.33 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 9:59 AM | Outbound | No | 0.48 | 8578293810 | 6178204012 |
| 25-Jul-2005 | 11:44 AM | Outbound | No | 0 | 8578293810 | 6175190430 |
| 25-Jul-2005 | 11:49 AM | Inbound | No | 0.97 | 8578293810 | 6175190430 |
| 25-Jul-2005 | 11:46 AM | Outbound | No | 0 | 8578293810 | 6175190430 |
| 25-Jul-2005 | 12:17 PM | Inbound | No | 1.43 | 8578293810 | 6173199768 |
| 25-Jul-2005 | 12:31 PM | Inbound | Yes | 0.2 | 8578293810 | 7815895634 |
| 25-Jul-2005 | 12:32 PM | Inbound | No | 1.15 | 8578293810 | 7815895634 |
| 25-Jul-2005 | 12:32 PM | Outbound | No | 1 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 12:55 PM | Outbound | No | 0.48 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 4:23 PM | Outbound | No | 1.08 | 8578293810 | 5084547723 |
| 25-Jul-2005 | 5:17 PM | Outbound | No | 0 | 8578293810 | 6174079342 |
| 25-Jul-2005 | 5:29 PM | Outbound | No | 0.92 | 8578293810 | 6174079342 |
| 25-Jul-2005 | 5:39 PM | Outbound | No | 0.58 | 8578293810 | 6175190430 |
| 25-Jul-2005 | 6:27 PM | Inbound | No | 0.32 | 8578293810 | 6175190430 |
| 25-Jul-2005 | 6:22 PM | Outbound | No | 0.77 | 8578293810 | 6174713615 |
| 25-Jul-2005 | 6:56 PM | Outbound | No | 0.38 | 8578293810 | 8578296245 |
| 25-Jul-2005 | 6:54 PM | Inbound | Yes | 0.17 | 8578293810 | 6173199768 |

Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 26-Jul-2005 | 1:47 AM | Outbound | No | 0 | 8578293810 | 8574521323 |
| 26-Jul-2005 | 1:50 AM | Outbound | No | 0 | 8578293810 | 6312812634 |
| 26-Jul-2005 | 7:43 AM | Inbound | Yes | 0 | 8578293810 | 6178204012 |
| 26-Jul-2005 | 9:46 AM | Inbound | Yes | 0 | 8578293810 | 6178204012 |
| 26-Jul-2005 | 10:59 AM | Inbound | Yes | 0.12 | 8578293810 | 6178204012 |
| 26-Jul-2005 | 10:55 AM | Inbound | Yes | 0 | 8578293810 | 8574521323 |
| 26-Jul-2005 | 12:16 PM | Inbound | Yes | 0.17 | 8578293810 | 6173199768 |
| 26-Jul-2005 | 2:37 PM | Inbound | Yes | 0 | 8578293810 | 8574521323 |
| 26-Jul-2005 | 5:50 PM | Outbound | No | 0.65 | 8578293810 | 6178325322 |
| 26-Jul-2005 | 6:08 PM | Outbound | No | 0.35 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 7:17 PM | Outbound | No | 0 | 8578293810 | 6174079342 |
| 26-Jul-2005 | 7:30 PM | Outbound | No | 0.93 | 8578293810 | 6174693017 |
| 26-Jul-2005 | 8:31 PM | Outbound | No | 0.78 | 8578293810 | 8578296245 |
| 26-Jul-2005 | 8:36 PM | Inbound | Yes | 0 | 8578293810 | 6173099443 |
| 26-Jul-2005 | 8:39 PM | Inbound | No | 0 | 8578293810 | 6173099443 |
| 26-Jul-2005 | 9:14 PM | Inbound | Yes | 0 | 8578293810 | 6174590321 |
| 27-Jul-2005 | 7:47 AM | Inbound | Yes | 0 | 8578293810 | 6173099443 |
| 27-Jul-2005 | 8:06 AM | Inbound | Yes | 0.3 | 8578293810 | 6173099443 |
| 27-Jul-2005 | 8:07 AM | Outbound | No | 0.48 | 8578293810 | 8578296245 |
| 27-Jul-2005 | 8:54 AM | Outbound | No | 0.18 | 8578293810 | 5033587424 |
| 27-Jul-2005 | 8:38 AM | Outbound | No | 1.1 | 8578293810 | 8578296245 |
| 27-Jul-2005 | 9:39 AM | Outbound | No | 0.13 | 8578293810 | 5033587424 |
| 27-Jul-2005 | 9:22 AM | Inbound | Yes | 0 | 8578293810 | 6179596329 |
| 27-Jul-2005 | 9:43 AM | Inbound | Yes | 0.2 | 8578293810 | 7815895634 |
| 27-Jul-2005 | 11:54 AM | Outbound | No | 0.25 | 8578293810 | 6174693017 |
| 27-Jul-2005 | 11:50 AM | Outbound | No | 1.73 | 8578293810 | 6176424735 |
| 27-Jul-2005 | 11:54 AM | Outbound | No | 0.8 | 8578293810 | 5084547723 |
| 27-Jul-2005 | 12:12 PM | Outbound | No | 0.1 | 8578293810 | 7815895634 |
| 27-Jul-2005 | 12:13 PM | Inbound | No | 0.1 | 8578293810 | 6176424735 |
| 27-Jul-2005 | 12:18 PM | Outbound | No | 0.37 | 8578293810 | 8578296245 |
| 27-Jul-2005 | 12:15 PM | Inbound | No | 1.07 | 8578293810 | 7815895634 |
| 27-Jul-2005 | 1:47 PM | Outbound | No | 0.32 | 8578293810 | 6174693017 |
| 27-Jul-2005 | 2:00 PM | Inbound | No | 0.92 | 8578293810 | 7815895634 |
| 27-Jul-2005 | 2:31 PM | Inbound | No | 0.33 | 8578293810 | 17815895634 |
| 27-Jul-2005 | 2:32 PM | Outbound | No | 1.42 | 8578293810 | 7815895634 |
| 27-Jul-2005 | 2:42 PM | Inbound | Yes | 0 | 8578293810 | 6173099443 |
| 27-Jul-2005 | 3:04 PM | Inbound | No | 8.95 | 8578293810 | 5033587424 |
| 27-Jul-2005 | 4:01 PM | Outbound | No | 0.95 | 8578293810 | 6174693017 |
| 27-Jul-2005 | 4:51 PM | Outbound | No | 0.37 | 8578293810 | 6173199768 |
| 27-Jul-2005 | 4:41 PM | Outbound | No | 0.08 | 8578293810 | 6178697190 |
| 27-Jul-2005 | 6:09 PM | Outbound | No | 0.25 | 8578293810 | 6178697190 |
| 27-Jul-2005 | 6:50 PM | Outbound | No | 0.73 | 8578293810 | 6178697190 |
| 27-Jul-2005 | 8:10 PM | Outbound | No | 1 | 8578293810 | 8578296245 |
| 27-Jul-2005 | 8:38 PM | Outbound | No | 0.17 | 8578293810 | 7813167597 |
| 27-Jul-2005 | 9:27 PM | Inbound | Yes | 0 | 8578293810 | 7819859468 |
| 27-Jul-2005 | 10:42 PM | Outbound | No | 29.02 | 8578293810 | 2077750297 |
| 28-Jul-2005 | 8:58 AM | Inbound | Yes | 0.13 | 8578293810 | 7819859468 |
| 28-Jul-2005 | 8:20 AM | Outbound | No | 1.7 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 10:24 AM | Outbound | No | 0.25 | 8578293810 | 6173199768 |

Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 28-Jul-2005 | 10:28 AM | Outbound | No | 0 | 8578293810 | 5085795518 |
| 28-Jul-2005 | 10:34 AM | Outbound | No | 1.12 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 11:52 AM | Outbound | No | 0.83 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 11:54 AM | Outbound | No | 0.83 | 8578293810 | 8578296245 |
| 28-Jul-2005 | 11:56 AM | Outbound | No | 0.9 | 8578293810 | 6178755858 |
| 28-Jul-2005 | 12:40 PM | Inbound | No | 4.4 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 1:14 PM | Outbound | No | 0.17 | 8578293810 | 6174079342 |
| 28-Jul-2005 | 4:43 PM | Outbound | No | 1.38 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 5:14 PM | Outbound | No | 0.4 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 5:55 PM | Outbound | No | 0.57 | 8578293810 | 6178697190 |
| 28-Jul-2005 | 6:24 PM | Outbound | No | 0.4 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 6:27 PM | Inbound | No | 6.55 | 8578293810 | 5085795518 |
| 28-Jul-2005 | 6:38 PM | Outbound | No | 0.45 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 6:51 PM | Inbound | No | 0.05 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 8:07 PM | Inbound | No | 0.53 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 9:12 PM | Inbound | No | 0.23 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 9:35 PM | Outbound | No | 0.38 | 8578293810 | 6177104014 |
| 28-Jul-2005 | 9:47 PM | Outbound | No | 0.45 | 8578293810 | 6177104014 |
| 28-Jul-2005 | 9:54 PM | Outbound | No | 0 | 8578293810 | 6178204861 |
| 28-Jul-2005 | 10:30 PM | Outbound | No | 4.08 | 8578293810 | 2077750297 |
| 28-Jul-2005 | 10:39 PM | Inbound | Yes | 0.13 | 8578293810 | 6174128950 |
| 28-Jul-2005 | 10:38 PM | Inbound | Yes | 0.03 | 8578293810 | 6173099443 |
| 29-Jul-2005 | 11:28 AM | Outbound | No | 0.65 | 8578293810 | 6172655334 |
| 29-Jul-2005 | 11:47 AM | Inbound | No | 3.2 | 8578293810 | 7819859468 |
| 29-Jul-2005 | 11:51 AM | Outbound | No | 0.48 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 12:29 PM | Inbound | No | 1.22 | 8578293810 | 6177104014 |
| 29-Jul-2005 | 12:22 PM | Inbound | Yes | 0 | 8578293810 | 2077750297 |
| 29-Jul-2005 | 12:33 PM | Inbound | Yes | 0.38 | 8578293810 | 6172655334 |
| 29-Jul-2005 | 12:34 PM | Outbound | No | 0.62 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 12:36 PM | Outbound | No | 0.38 | 8578293810 | 7813167597 |
| 29-Jul-2005 | 6:43 PM | Outbound | No | 0.45 | 8578293810 | 6173099443 |
| 29-Jul-2005 | 6:35 PM | Outbound | No | 0.02 | 8578293810 | 6173099443 |
| 29-Jul-2005 | 7:20 PM | Inbound | Yes | 0 | 8578293810 | 6178204861 |
| 29-Jul-2005 | 7:53 PM | Inbound | Yes | 0 | 8578293810 | 5084005650 |
| 29-Jul-2005 | 8:22 PM | Outbound | No | 0.15 | 8578293810 | 7813167597 |
| 29-Jul-2005 | 8:23 PM | Outbound | No | 0.95 | 8578293810 | 6173199768 |
| 29-Jul-2005 | 8:24 PM | Outbound | No | 0.33 | 8578293810 | 6174693017 |
| 29-Jul-2005 | 8:26 PM | Outbound | No | 0.37 | 8578293810 | 6173473780 |
| 29-Jul-2005 | 9:23 PM | Outbound | No | 1.6 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 10:23 PM | Inbound | Yes | 0.23 | 8578293810 | 6173199768 |
| 29-Jul-2005 | 10:24 PM | Outbound | No | 0.38 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 11:28 PM | Inbound | Yes | 0.45 | 8578293810 | 2077750297 |
| 30-Jul-2005 | 8:32 AM | Outbound | No | 0.05 | 8578293810 | 6173199768 |
| 30-Jul-2005 | 8:04 AM | Outbound | No | 0.65 | 8578293810 | 8578296245 |
| 30-Jul-2005 | 8:33 AM | Outbound | No | 2.87 | 8578293810 | 6174360461 |
| 30-Jul-2005 | 9:01 AM | Inbound | No | 1.5 | 8578293810 | 6173199768 |
| 27-Jul-2005 | 4:05 PM | Outbound | No | 0 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 4:06 PM | Outbound | No | 1.12 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 5:27 PM | Outbound | No | 0.33 | 8578293810 | 8574521323 |

Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 27-Jul-2005 | 5:47 PM | Outbound | No | 0.15 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 5:14 PM | Outbound | No | 0.65 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 5:12 PM | Outbound | No | 0.3 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 5:28 PM | Outbound | No | 0.13 | 8578293810 | 8574521323 |
| 27-Jul-2005 | 5:54 PM | Outbound | No | 0 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 8:59 AM | Outbound | No | 0.38 | 8578293810 | 8578296245 |
| 28-Jul-2005 | 9:57 AM | Outbound | No | 0.47 | 8578293810 | 6172820396 |
| 28-Jul-2005 | 9:59 AM | Outbound | No | 0.1 | 8578293810 | 7819859468 |
| 28-Jul-2005 | 10:05 AM | Outbound | No | 0.2 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 10:01 AM | Inbound | No | 3.23 | 8578293810 | 7819859468 |
| 28-Jul-2005 | 10:01 AM | Outbound | No | 0.02 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 10:06 AM | Outbound | No | 0 | 8578293810 | 7819859468 |
| 28-Jul-2005 | 1:49 PM | Inbound | No | 1.18 | 8578293810 | 2077750297 |
| 28-Jul-2005 | 1:55 PM | Inbound | No | 0.18 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 1:55 PM | Outbound | No | 0.07 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 2:52 PM | Outbound | No | 0.05 | 8578293810 | 6174693017 |
| 28-Jul-2005 | 4:22 PM | Outbound | No | 0 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 4:23 PM | Inbound | No | 0.45 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 4:34 PM | Inbound | No | 0 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 4:35 PM | Outbound | No | 0.93 | 8578293810 | 6173199768 |
| 28-Jul-2005 | 6:15 PM | Outbound | No | 0 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 6:52 PM | Outbound | No | 0.1 | 8578293810 | 8574521323 |
| 28-Jul-2005 | 7:16 PM | Outbound | No | 0 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 7:30 PM | Outbound | No | 0.08 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 7:39 PM | Outbound | No | 0 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 7:53 PM | Outbound | No | 0.08 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 8:05 PM | Outbound | No | 0.28 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 11:17 PM | Outbound | No | 0.15 | 8578293810 | 6173099443 |
| 28-Jul-2005 | 11:41 PM | Outbound | No | 0.15 | 8578293810 | 6173099443 |
| 29-Jul-2005 | 8:18 AM | Inbound | Yes | 0 | 8578293810 | 6173099443 |
| 29-Jul-2005 | 9:20 AM | Outbound | No | 1.35 | 8578293810 | 6178204861 |
| 29-Jul-2005 | 9:40 AM | Inbound | No | 0.23 | 8578293810 | 2077750297 |
| 29-Jul-2005 | 10:58 AM | Outbound | No | 0.05 | 8578293810 | 6177104014 |
| 29-Jul-2005 | 11:01 AM | Outbound | No | 0 | 8578293810 | 7819859468 |
| 29-Jul-2005 | 11:27 AM | Outbound | No | 0 | 8578293810 | 7819859468 |
| 29-Jul-2005 | 12:44 PM | Inbound | Yes | 0.35 | 8578293810 | 6172655334 |
| 29-Jul-2005 | 1:03 PM | Inbound | Yes | 0 | 8578293810 | 6172655334 |
| 29-Jul-2005 | 1:36 PM | Inbound | Yes | 0.03 | 8578293810 | 6178182981 |
| 29-Jul-2005 | 2:21 PM | Inbound | Yes | 0 | 8578293810 | 7819859468 |
| 29-Jul-2005 | 4:34 PM | Outbound | No | 0.68 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 4:58 PM | Inbound | Yes | 0 | 8578293810 | 6178182981 |
| 29-Jul-2005 | 5:44 PM | Inbound | Yes | 0.17 | 8578293810 | 6172655334 |
| 29-Jul-2005 | 5:45 PM | Outbound | No | 0.42 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 8:27 PM | Outbound | No | 2 | 8578293810 | 6177778994 |
| 29-Jul-2005 | 8:36 PM | Inbound | No | 0.7 | 8578293810 | 7813167597 |
| 29-Jul-2005 | 8:43 PM | Outbound | No | 0.05 | 8578293810 | 7813167597 |
| 29-Jul-2005 | 9:03 PM | Outbound | No | 1.82 | 8578293810 | 6176424735 |
| 29-Jul-2005 | 9:27 PM | Outbound | No | 1.12 | 8578293810 | 8578296245 |
| 29-Jul-2005 | 9:26 PM | Outbound | No | 0.18 | 8578293810 | 8578296245 |

Interconnect:
857-829-3810

| | | | | | | |
|---|---|---|---|---|---|---|
| 29-Jul-2005 | 9:44 PM | Inbound | No | 0.17 | 8578293810 | 6176424735 |
| 29-Jul-2005 | 9:09 PM | Inbound | Yes | 0.55 | 8578293810 | 6173473780 |
| 30-Jul-2005 | 10:22 AM | Outbound | No | 0 | 8578293810 | 9789302049 |
| 30-Jul-2005 | 10:19 AM | Outbound | No | 0 | 8578293810 | 6175190430 |
| 30-Jul-2005 | 10:20 AM | Outbound | No | 1.58 | 8578293810 | 6172871850 |
| 30-Jul-2005 | 10:46 AM | Inbound | No | 0.58 | 8578293810 | 6173045895 |
| 30-Jul-2005 | 12:08 PM | Outbound | No | 0.63 | 8578293810 | 8578296245 |
| 30-Jul-2005 | 12:17 PM | Inbound | No | 0.98 | 8578293810 | 6178697190 |
| 30-Jul-2005 | 12:22 PM | Inbound | No | 0.97 | 8578293810 | 6175190430 |
| 30-Jul-2005 | 12:01 PM | Inbound | Yes | 0.35 | 8578293810 | 6178697190 |
| 30-Jul-2005 | 12:15 PM | Outbound | No | 0 | 8578293810 | 6178697190 |
| 30-Jul-2005 | 12:58 PM | Inbound | No | 15.3 | 8578293810 | 2077750297 |
| 30-Jul-2005 | 1:50 PM | Outbound | No | 0.48 | 8578293810 | 5084547723 |
| 30-Jul-2005 | 2:20 PM | Inbound | Yes | 0.25 | 8578293810 | 2077750297 |
| 30-Jul-2005 | 2:26 PM | Inbound | Yes | 0.18 | 8578293810 | 2077750297 |
| 30-Jul-2005 | 2:37 PM | Outbound | No | 0.65 | 8578293810 | 8578296245 |
| 30-Jul-2005 | 3:10 PM | Outbound | No | 0.9 | 8578293810 | 5084547723 |
| 30-Jul-2005 | 3:39 PM | Outbound | No | 0.43 | 8578293810 | 6173099443 |
| 30-Jul-2005 | 5:34 PM | Inbound | No | 1.08 | 8578293810 | 6173199768 |
| 30-Jul-2005 | 5:49 PM | Inbound | No | 0.5 | 8578293810 | 6173099443 |
| 30-Jul-2005 | 5:46 PM | Inbound | No | 0.15 | 8578293810 | 8574521323 |
| 30-Jul-2005 | 5:14 PM | Inbound | No | 0.37 | 8578293810 | 6173199768 |
| 30-Jul-2005 | 5:16 PM | Inbound | No | 0.55 | 8578293810 | 6173199768 |
| 30-Jul-2005 | 6:12 PM | Inbound | Yes | 0 | 8578293810 | 6178204012 |
| 30-Jul-2005 | 6:17 PM | Outbound | No | 0.92 | 8578293810 | 6174360461 |
| 30-Jul-2005 | 6:15 PM | Outbound | No | 0.72 | 8578293810 | 6178204012 |
| 30-Jul-2005 | 9:56 PM | Inbound | Yes | 0.1 | 8578293810 | 2077750297 |
| 30-Jul-2005 | 10:54 PM | Inbound | Yes | 0.28 | 8578293810 | 6178204012 |
| 30-Jul-2005 | 10:58 PM | Inbound | Yes | 0.13 | 8578293810 | 6178204012 |
| 30-Jul-2005 | 11:06 PM | Outbound | No | 0.55 | 8578293810 | 6178204012 |
| 30-Jul-2005 | 11:05 PM | Outbound | No | 0.6 | 8578293810 | 8578296245 |
| 31-Jul-2005 | 1:06 AM | Outbound | No | 0 | 8578293810 | 2077750297 |
| 31-Jul-2005 | 1:02 AM | Outbound | No | 2.67 | 8578293810 | 2077750297 |
| 31-Jul-2005 | 1:06 AM | Inbound | No | 5.78 | 8578293810 | 2077750297 |
| 31-Jul-2005 | 9:32 AM | Inbound | No | 0.37 | 8578293810 | 6173099443 |
| 31-Jul-2005 | 10:21 AM | Outbound | No | 0.12 | 8578293810 | 6173099443 |
| 31-Jul-2005 | 10:28 AM | Inbound | No | 0.27 | 8578293810 | 6173099443 |
| 31-Jul-2005 | 11:05 AM | Outbound | No | 1.83 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 11:47 AM | Outbound | No | 0.82 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 11:53 AM | Outbound | No | 0.1 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 11:52 AM | Outbound | No | 0 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 11:54 AM | Outbound | No | 0.32 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 3:43 PM | Inbound | No | 0.22 | 8578293810 | 6173099443 |
| 31-Jul-2005 | 3:41 PM | Inbound | No | 0.33 | 8578293810 | 6173099443 |
| 31-Jul-2005 | 4:53 PM | Inbound | Yes | 0.27 | 8578293810 | 6178204012 |
| 31-Jul-2005 | 4:07 PM | Inbound | No | 0.75 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 5:13 PM | Outbound | No | 0.47 | 8578293810 | 8578296245 |
| 31-Jul-2005 | 7:28 PM | Outbound | No | 1.35 | 8578293810 | 6173199768 |
| 31-Jul-2005 | 7:53 PM | Inbound | Yes | 0 | 8578293810 | 7819859468 |