UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES :

v. : CR No. 05-00134-01-T

VAN ANH :

**DEFENDANT ANH VAN'S MOTION FOR JUDGMENT OF ACQUITTAL**

The defendant, Anh Van, moves this Honorable Court, pursuant to Fed. R. Crim. P. 29(a), to enter judgments of acquittal on each count in which he is charged.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3d day of May, 2006, I caused a copy of this Motion, to be served, by hand, on the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903