AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Van Anh, et al.

CASE NUMBER: CA05-134T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | James Leavey, Kenneth Madden | John F. Cicilline; Judith Crowell; Norman Zalkind; Inga Bernstein; C. Loenard O'Brien |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 5/1/2006-5/5/2006 | Anne Clayton | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 5/2/06 | | | W-1 Tommy Nguyen |
| 2 | | 5/2/06 | | FULL | Bank of America records relating to account of A.V. Hardwood Floor |
| 3 | | 5/2/06 | | FULL | Citizens Bank records of Nail Tech |
| 7 | | 5/2/06 | X | FULL | Photograph - Rib Area of Tommy Nguyen |
| 8 | | 5/2/06 | X | FULL | Photograph - Toes of Tommy Nguyen |
| 9 | | 5/2/06 | X | FULL | Photograph - Neck Area of Tommy Nguyen |
| 10 | | 5/2/06 | X | FULL | Photograph - Leg of Tommy Nguyen |
| | A | 5/2/06 | | FULL | Transcript of 1st Phone Call: Tommy Nguyen to Van Anh |
| 15A | | 5/3/06 | X | FULL | Transcript of Telephone Call between Tommy Nguyen and Van Anh on 8/23/05 (Conversation translated from Vietnamese to English) |
| | B | | X | | Witness Statement of Tommy Nguyen |
| | | 5/2/06 | | | W-2 Thom Thi Tong |
| | C | | X | | Witness Statement of Thom Thi Tong |
| | | 5/2/06 | | | W-3 Thytrang Nguyen (Yvonne) |
| | | 5/3/06 | | | W-4 Donald Archibald |
| 18 | | 5/3/06 | X | FULL | Booking Photograph of Defendant Thinh Cao |
| 19 | | 5/3/06 | X | FULL | Booking Photograph of Defendant Khong Nguyen |
| | D | 5/3/06 | X | FULL | Prisoner Property Report for Thinh Cao |
| | E | | X | | Prisoner Property Report for Khong Nguyen |
| | | 5/3/06 | | | W-5 Robert Bohn |
| | | 5/3/06 | | | W-6 Joseph Degnan |
| 17 | | 5/3/06 | X | FULL | Waiver of Rights - Thinh Cao |
| 12 | | 5/3/06 | X | FULL | Subscriber Information & Toll Records for telephone # 857-829-3810 (Thinh Cao) |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America V. Van Anh, et al.

CASE NUMBER: CA05-134T

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 13 | | 5/3/06 | X | FULL | Subscriber Information & Toll Records for telephone # 617-201-4239 (Van Anh) |
| 12A | | 5/3/06 | X | FULL | Telephone Records: 857-829-3810 (Subscribed to Thinh Cao) & 617-201-4239 (Subscribed to Anh Van) |
| 12B | | 5/3/06 | | FULL | Telephone Records: 857-829-3810 (Subscribed to Thinh Cao) & 617-519-0430 (Subcribed to Jenny Tran and Number Provided to W. Warwick Police by Khong Nguyen) |
| 13A | | 5/3/06 | | FULL | Telephone Records: 617-201-4239 (Subscribed to Anh Van) & 857-829-3810 (Subscribed to Thinh Cao) |
| 13B | | 5/3/06 | | FULL | Telephone Records: 617-201-4239 (Subscribed to Anh Van) & 617-519-0430 (Subcribed to Jenny Tran and Number Provided to W. Warwick Police by Khong Nguyen) |
| 13C | | 5/3/06 | | FULL | Telephone Records: 617-201-4239 (Subscribed to Anh Van) & 678-471-1452 (Used by Tommy Nguyen) |
| 14 | | 5/3/06 | | FULL | Chart of Telephone Records - July 25, 2005 |
| | F | | X | | W.Warwick Police Department 911 Report 4/27/06 |
| | G | | X | | W.Warwick Police Department Incident Report 4/28/06 |