UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MEMORANDUM REGARDING THE ADMISSIBILITY OF EVIDENCE THAT TOMMY NGUYEN REGULARLY ENGAGES IN GAMBLING AND HAS HAD DISPUTES WITH OTHERS RELATED TO GAMBLING DEBTS**

Cross-examination of the alleged victim, Tommy Nguyen, can rightly extend to his persistent gambling habit and to disputes he has had with others regarding his gambling debts. Rule 404(a) of the Federal Rules of Evidence provides that while, generally, evidence of character or a trait of character is inadmissible, "[e]vidence of a pertinent trait of character of the alleged victim of the crime offered by an accused" is admissible. Fed. R. Evid. 404(a)(2). See, e.g., United States v. Keiser, 57 F.3d 847, 853-854 (9th Cir.), *cert. denied* 516 U.S. 1029 (1995) ("Rule 402(a)(2) provides one of the few instances in which character evidence *is* admissible to allow the jury to infer that a person acted on a specific occasion in conformity with his character.") (emphasis in original); Government of Virgin Islands v. Comissiong, 706 F. Supp. 1172, 1186-1187 (D.V.I. 1989) (finding that evidence of the alleged victim's character was relevant and could be admitted). Rule 405(b) permits evidence related to specific instances of conduct in cases in which character or a trait of character of a person is an essential element of a defense.

Moreover, this evidence is also admissible pursuant to Rule 404(b) because it goes to Mr. Nguyen's motive for now testifying as he does.

Finally, Mr. Van's constitutional right to confront the witnesses against him requires the examination sought.

Respectfully submitted,

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020