IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR No. 05-134T |
| | ) | |
| VAN ANH | ) | |
| KHONG NGUYEN | ) | |
| THINH CAO | ) | |

**GOVERNMENT'S SUPPLEMETAL PROPOSED JURY INSTRUCTION**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, and submits the following supplemental proposed jury instruction.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

JAMES H. LEAVEY
Assistant U.S. Attorney
RI Bar 1700

## 15. UNANIMITY OF THEORY

YOU HAVE BEEN INSTRUCTED THAT YOUR VERDICT, WHETHER IT IS GUILTY OR NOT GUILTY, MUST BE UNANIMOUS. THE FOLLOWING INSTRUCTION APPLIES TO THE UNANIMITY REQUIREMENT AS TO COUNT II.

COUNT II OF THE INDICTMENT ACCUSES THE DEFENDANTS OF COMMITTING THE CRIME OF COLLECTION AND ATTEMPTED COLLECTION OF AN EXTENSION OF CREDIT BY EXTORTIONATE MEANS IN TWO DIFFERENT WAYS. FIRST, BY THREATENING THE USE OF VIOLENCE TO TOMMY NGUYEN TO COLLECT OR ATTEMPT TO COLLECT AN EXTENSION OF CREDIT. SECOND, TO PUNISH TOMMY NGUYEN FOR THE NON-PAYMENT OF THAT EXTENSION OF CREDIT.

THE GOVERNMENT DOES NOT HAVE TO PROVE BOTH OF THESE FOR YOU TO RETURN A GUILTY VERDICT ON THIS CHARGE. PROOF BEYOND A REASONABLE DOUBT ON ONE IS ENOUGH. BUT IN ORDER TO RETURN A GUILTY VERDICT, ALL TWELVE OF YOU MUST AGREE THAT THE SAME ONE HAS BEEN PROVED. ALL OF YOU MUST AGREE THAT THE GOVERNMENT PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT THREATENED THE USE OF VIOLENCE TO TOMMY NGUYEN TO COLLECT OR ATTEMPT TO COLLECT AN EXTENSION OF CREDIT; OR ALL OF YOU MUST AGREE THAT THE GOVERNMENT PROVED BEYOND A REASONABLE DOUBT THAT THE DEFENDANT PUNISHED TOMMY NGUYEN FOR THE NON-PAYMENT OF THAT EXTENSION OF CREDIT.

Fifth Circuit Criminal Pattern Instruction 1.25

CERTIFICATION OF SERVICE

I hereby certify that on this 1 day of May, 2006, I hand-delivered a copy of the within Government's Supplemental Proposed Jury Instruction, to the following:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

Judith Crowell, Esquire
128 Dorrance Street
Providence, RI 02903

C. Leonard O'Brien, Esquire
101 Dyer Street
Providence, RI 02903

Norman Zalkind, Esquire
65A Atlantic Avenue
Boston, MA 02110

James H. Leavey