District Court of the United States
District of Rhode Island
Filed in open Court
this 3rd day of May 2006
Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**DEFENDANT ANH VAN'S SUPPLEMENTAL REQUEST FOR JURY INSTRUCTIONS**

Now comes the defendant, Anh Van, through counsel and respectfully requests that this Honorable Court instruct the jury as follows at the conclusion of the trial.

Respectfully submitted,

C. Leonard O'Brien (ET)

C. Leonard O'Brien, Jr. (# 1886)
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

Inga Bernstein (ET)

Inga S. Bernstein (Massachusetts BBO# 627251)
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2006, I caused a copy of this Request for Jury Instructions, to be served by hand, to the following:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

Judith Crowell, Esq.
128 Dorrance Street, 4th Floor
Providence, RI 02903

John F. Cicilline
387 Atwells Avenue
Providence RI 02909

[signature]

**SUPPLEMENTAL INSTRUCTION NO. 3**

**Credibility of Witness Tommy Nguyen**

You have heard evidence that Tommy Nguyen incurred other substantial gambling debts and enlisted the assistance of the FBI when he found himself unable to pay those debts, you may consider those facts in assessing Mr. Nguyen's credibility and in determining whether he has any motive to testify as he has.

Fed. R. Evid. 404(a)(2), 404(b)

United States v. Keiser, 57 F.3d 847, 853-854 (9th Cir.), *cert. denied* 516 U.S. 1029 (1995)

Government of Virgin Islands v. Comissiong, 706 F. Supp. 1172, 1186-1187 (D.V.I. 1989)

**SUPPLEMENTAL INSTRUCTION NO. 4**

**Credibility of Witness Tommy Nguyen**

You have heard evidence that Tommy Nguyen is wanted on a warrant out of Georgia, you may consider that fact in assessing Mr. Nguyen's credibility and in determining whether he believes he has or will obtain some benefit from the government with respect to that warrant as a result of his involvement and testimony in this case, and whether that belief has effected how he has testified.

Davis v. Alaska, 415 U.S. 308 (1974)

Olden v. Kentucky, 488 U.S. 227 (1988)

United States v. Landerman, 109 F.3d 1053 (5th Cir. 1997)

**SUPPLEMENTAL INSTRUCTION NO. 5**

**Failure to Investigate**

You have heard some testimony about the police actions and inactions in investigating this case. The fact that certain tests were not conducted or certain police procedures were not followed could raise a reasonable doubt and you may consider this in reaching your verdict.

**SUPPLEMENTAL INSTRUCTION NO. 6**

**Number of Witnesses**

The number of witnesses called by one side or the other is irrelevant to your assessment of whether the prosecution has met its burden of proving beyond a reasonable doubt that Anh Van is guilty of the crimes with which he is charged.