FILED

MAY 3 '06

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**Summary Evidence and Testimony**

You have heard evidence from Special Agent Degnan of the FBI that he prepared summaries of telephone calls based on records that he received from the Nextel telephone company. The rules permit witnesses such as this to prepare summaries of this nature and testify about those summaries, however, you should understand that the summaries themselves are not evidence. The summaries are merely an aid for you, but it is your role to independently evaluate the evidence and should not be misled or confused by the selective emphasis of the summaries.

Fed. R. Evid. 1006

Air Safety, Inc. v. roman Catholic Archbishop of Boston, 94 F.3d 1, 16 (1st Cir. 1996)