# CERTIFICATE OF COMPLETION

Awarded to:

Van Anh

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility

6/23/06

DATE

Maria Garrido, Psy.D.
University of Rhode Island

Jean Singleton
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island

TATON LEARNING INSTITUTE
Fellowship Health Resources, Inc.
Educational and Consultation Services for Nonprofit Organizations

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## VAN ANH

IN RECOGNITION OF THE COMPLETION OF

INTERPERSONAL VIOLENCE: IMPACT OF MEDIA ON STEREOTYPES AND DEPERSONALIZATION
JUNE 20–JULY 25
2006
6:00 TO 7:30 P.M.
DONALD W. WYATT DETENTION FACILITY

Elizabeth Falcouth (signature) — 7/25/06

SIGNATURE DATE

25 Blackstone Valley Place, Suite 204, Lincoln, RI 02865 401-642-4440 tli@fellowshiphr.org

# Donald W. Wyatt Detention Facility

## Health Services Unit

# Certificate of Completion

*is hereby granted to:*

Anh Van

*for successful completion of the*

*Health Services Detainee Education Program*

*Granted: October 19, 2006*

Maureen Medeiros LPN

*Maureen Medeiros, LPN Educator*