Bay Vo
60 Whiton St.
Quincy, Ma. 02169

To whom it may concern:

I write concerning the character of Anh Van.
I have personally known him for many years and so can testify to his character.
I work as a supervisor for the Massachusetts State Department of Youth Services.

Anh Van is a dedicated husband and loving father. He provides for his family and is a very hard worker.
He owns his own company: He does hardwood floors seven days a week.

He has been a true friend to me. More like a big brother.
He has helped me during my father's death with emotional and financial support.
I have lived with his family for over two years and they are very kind to me.

He is a good and honest man and a man of his word. He cares for his family and for his friends. He is willing to always help others in need.
I am willing to testify anytime in person.

Thank you for your time and understanding.

Sincerely,

Veng Cheng Yow
13 Fillmore Pl
Lawrenceville, NJ 08648

July 20, 2006

Dear Judge,

My name is Veng Cheng Yow and I am from New Jersey. My husband (Junseock Park) and I are very good friends of Andy Van. My husband works as a financial advisor and I am a financial analyst.

We have known Andy Van for almost 6 years now. He is someone that we can always turn to when we need a helping hand. Andy is always there for people who are in need. He will do all he can to help those that need his help. Besides, he is a very sincere person and he never asks for anything in return. One can't ask for a better friend than Andy.

He also respects other people's opinions and background. Even though we grew up in different environment, we get along very well with Andy due to his easy going personality and his respect for his friends.

Andy also has two adorable young children. Alvan is 2.5 years old and Auston is a year old. They make anyone who lays eyes on them love them at the very first sight. Alvan also helps to take care of his little brother Auston. However, I am really sad to see them being away from their father. I used to enjoy seeing Andy playing with Alvan every time I visited their house. I missed the chuckles and giggles from those children.

My husband and I truly care about Andy and his family. We hope to see their reunion very soon in the near future as it is a shame to see the two young children growing up so quickly without their father.

Thank you for spending your valuable time to read this letter.

Sincerely,

*[Click here and type slogan]*

(1)

Kính Thưa Quan Toà

Tôi là Toai Van Tran.
Sanh 4-19-52 Tại Nha
Trang việt nam.
Hôm nay tôi viết lá thưa này
Tôi xin toà mở lòng từ bi mà
Dảm Tôi Cho ANH VAN Vì Tôi
Biết nó hồi còn nhỏ ở Trung
với gia đình Tôi.
Tôi với anh VAN là Con nhà
Chú Bác.
Cho nên biết Rỏ về anh van
ANH VAN này Rất là có hiếu
với mẹ gì Cha đả đi lính
Đả chết vào năm 73 cho nên
gia đình ANH VAN Rất là khổ
Cho đến năm 75 giải phóng
về ANH VAN mới nghỉ học.
Đi ở để chăn bò chăn Trâu
Cho người ta để kiếm tiền về
Nuôi gia đình.
Rồi sau đó ANH van mới đi vượt
Biển qua Philippines vào năm 84
khi tôi đả nghe anh VAN đả
Đến Philippin tôi mới bảo lảnh
ANH VAN qua mỹ vào năm 86
Tháng 11- ngày 20.

(2)

Rồi Tôi áp lại Trường học cho ANh VAN học tại FRamingham ở với Tôi cho đến năm 89 vì tôi Không Đủ Khả năng cho nên hai anh em mới đi về South Boston ở:
vì Không có đủ để Trả tiền nhà.
ANh Vân ở với tôi Rất là ngoan.
Rồi một thời gian vợ con tôi qua tôi mới đi về lại FRamingham năm 93
Rồi sau đó tôi không biết ANh VAN Làm gì mà bị ở tù năm 94.
Rồi năm 2001 anh Van Ra tôi có khuyên ANh Van đừng có đi chơi mà lo cho tương lai sau này.
Theo như Tôi nghĩ anh này đã bị người ta lợi dụng cho nên mới bị như vậy chớ theo như tôi biết anh Vân này Rất là thương yêu vợ con.
Cho nên hôm nay tôi viết lá thư này tôi xin Quan tòa dám tội cho ANh Van để mau sớm về lo cho vợ con, vì con hai đứa con quá nhỏ dại. Xin Quan toà hãy Rộng Lòng mà dảm tội cho anh Van
Nếu như tôi có một lời nào nói gian thì tôi xin Thiên tội

(3)

Thưa Quan Toà
Đó là tôi nói Ra là sự thật
Tôi xin Quan toà hãy Rộng lòng
mà thương cho hai đứa nhỏ
mà dẫn tôi cho anh vanh
Tôi xin đội ơn Quan toà
Cả cuộc đời tôi không bao giờ
Quên ơn của Quan toà hết
Đến đây tôi xin tạm bút
một lòng mà tôi xin Quan toà
thương xót cho hai đứa con
Của Vân anh.
Tôi xin cảm tạ Quan toà

Tôi xin Ký tên

[illegible]

**TRANSLATION OF A LETTER FROM VIETNAMESE INTO ENGLISH**

Your Honor,

My name is Toai Van Tran, I was born on April 19, 1952 in Nha Trang, Vietnam.

I'm writing this letter to ask for your benevolence to reduce Anh Van's punishment because I've known him since he was a little boy living in my family.

Anh Van and I are first cousins.

Therefore I know Anh Van very well, he is a very good son to his mother, his family has suffered a lot because his father died as a soldier in 1973. When the South was liberated in 1975 [taken over by the Communists] Anh Van quit school to work as a buffalo and cow caretaker to support his family.

After that Anh Van escaped Vietnam to go to the Philippines in 1984 I heard that Anh Van had arrived in the Philippines so I sponsored Anh Van to America on 11/20/86.

Then I applied for Anh Van to attend the Framingham school. He lived with me until 89 we had to move to South Boston because we didn't have enough money to pay rent. Anh Van was very good during the time he lived with me. After my wife and children joined me from Vietnam we moved back to Framingham in 93. After that I don't know why Anh Van went to jail in 94. When Anh Van was released in 2001 I had a talk with him telling him not to stay on the street anymore and try to build a future for himself. I think he is in this situation now because he was taken advantage of by some people. I know him as someone who loves his wife and children very much.

Therefore I'm writing this letter today to ask you to reduce his punishment so he can return home to take care of his wife and children. Because the two kids are still very young. I beg your Honor to give some leniency to reduce Anh Van's sentence. You can bring me to the court if there were anything untrue in what I'm saying. What I've said is the truth. I beg your Honor to have mercy on the two little kids to reduce Anh Van's punishment, I would be very grateful. I would not forget your favor for the rest of my life. I would like to stop here, one more time I beg your Honor to have mercy on Anh Van's two little kids. Thank you, your Honor.

I sign,
Toai Van Tran

Translated by Kim Lan Bloom
Kim-Lan Bloom, Certified Vietnamese Interpreter/Translator

HILDA P. DIGREGORIO
Notary Public
Commonwealth of Massachusetts
My Commission Expires
November 13, 2009

Commonwealth of Massachusetts
Middlesex ss.
On this 17 day of August 2006, before me
the undersigned notary public, personally appeared
Kim Lan Bloom
proved to me through satisfactory evidence of
identification which were
MASS License, to be
the person whose name is signed on the preceding or
attached document, and acknowledged to me that
she signed it voluntarily for its stated purpose.
Hilda P DiGregorio
Notary Public

To: Whom May it concern,

Subject : Personality

From: Hung Nguyen
36 Washington Street
Quincy, Ma 02169

Hi, I'd know Mr. Van Anh, when we were coming to Untied States, and we also had a same sponsorship by the International Rescue Community, as it was located in Boston. We also go to the same high school in Brighton too; he was nice, intelligent, and smart person too. He also had a tremendous personality to willing to help any person as if they needed it. He was always listening to the teacher and friend to lead him to better direction of his life. Finally, I think he was nice guy and respectfully person.

Sincerely,

Hung Nguyen

October 12, 2006

To Whom It May Concern,

I am writing regarding the criminal case of People vs. Anh Van. I am willing to testify in this case.

I am requesting that you please reduce the defendant's sentence.

I urge you to allow him the opportunity to serve his community and to return to his friends and loving family as quickly as possible.

At some point in our lives, we have made mistakes which have had tremendous repercussions.

Anh is a committed citizen. He is a hard worker and a devoted family man. Anh have strong characters and the heart of gold. That is why Anh is the godfather to my two years old son, Ethan.

Anh has two young boys that need a loving and caring father. Please don't deprive his two young boys from their father.

Thank you.

Respectfully,

Michelle Nguyen

Michelle Nguyen
July 15, 1972

Dear Judge

I am a friend of Van Anh. The purpose of this letter is to urge your consideration of mitigating factors in the sentencing of Van Anh. I hold Van Anh in very high regard for his truthfulness, his endearing personal qualities and his contributions to the community. I have never known Van Anh to be impolite, dishonest, envious of others, perverse, or malicious in any. Rather he has been a great help to his fellow workers and peers, and also a loving father. I truthfully think he can turn his life around. The father of two child, no children should grow up without the love of a father. Judge I hope you give Van Anh another chance and leniency in his sentence. Thanking you for considering this request of leniency

Respectfully submitted,
Kenny Tran
Kenny Tran

Hung T. Nguyen
6 Harrison Road
Salem, MA 01970

To whom it may concern:

I am writing to you on behalf of my good friend, Anh Van. My name is Hung T. Nguyen and I currently work for Banc of America Investment Services Inc. in Boston.

I have known Anh and his loving family for approximately 4 years whom I originally met through my ex-wife's side of the family. The Anh that I know is a stand-up type of guy who is a loving father, wonderful husband and one the most compassionate individual's that you want to meet. I have seen Anh go out of his way to help people in need when others would instead choose to turn their back and walk away.

I was shocked and overcome with sadness when I learned that Anh was in legal troubles. This is not the Anh that I know but I am cognizant of the fact that we are all human beings and are prone to make mistakes in life. I too have made many mistakes in my life that I regret, most of which are not even close to this magnitude, but I was always given another opportunity to redeem myself. I honestly believe that Anh deserves this chance as well.

Yours truly,

Hung T. Nguyen

Kayoua Hunter
384 Fellsway West
Medford, MA 02155

To Whom It May Concern:

I am writing n behalf of my good friend, Anh Van. My name is Kayoua Hunter, a mother of three, and I currently work for Starwood Hotels and Resorts in Boston, MA.

I have known Anh and his family for a couple of years. During this time I have witnessed him be a loving father and husband. He has always been very good to my children. My children see him as an uncle and look up to him.

I was saddened to hear that Anh had come in to legal trouble. We all make mistakes in life and Anh is very remorseful for what he has done. I am writing this letter in hopes on a lenient sentence. Please do not deprive his children of a loving father and his wife of a caring husband.

Yours truly,

Kayoua Hunter

Kayoua Hunter

To Whom It May Concern,

My name is My L. Nguyen and I am the owner of La Rouge Nail Care located in North Beverly of Massachusetts . I am writing to you in regards of my dear friend, Anh Van.

In all the years that I know Anh Van, he has been more than a dear friend to me but much like a brother. His kind ways and gentle heart has influence my life in a tremendous way. A few years back when I lost my way and was heading for a troubled life, it was Anh Van who strongly advised me that that life will get me no where and encourage me to where I am today. I have a successful business and I now even own a home, and I know without the influence of Anh Van, this is not where I would be right now in life.

So this letter to you, is to plead with you to please reduce Anh Van sentence to the least years as possible and return him to his loving family and friends who love him and respect him dearly. I pray that you will find it in your heart to give him another chance that he truly deserves. After all, everyone's made at least a few mistakes in their life time and I truly believe that everybody deserves another chance.

Sincerely,

My L. Nguyen

May 11, 2006

To Whom It May Concern,

I am writing this letter to ask the court to please show mercy on Anh Van who resides at 60 Whiten Avenue, Quincy, Massachusetts. Last August I hired Anh, and his team of refinishers, to refinish my hardwood floors. He conducted himself in a very professional manner. I was completely happy with the results and would recommend him to my family & friends. I know that he is currently raising two small boys and I feel that given a second chance at life he will be an upstanding father to his sons. And that he will be able to continue to make a positive contribution to society with his flooring business.

Sincerely,
Ann Hughes
91 Rosemary Dr.
N. Kingstown, R.I.

MAY 15, 2006

DON J. RITTMANN
175 PEQUOT TRAIL
EAST GREENWICH, RI 02818

JUDGE ERNEST TORRES
FEDERAL DISTRICT COURT
EXCHANGE TERRACE
PROVIDENCE, RI 02902

DEAR JUDGE TORRES:

THIS IS A PLEA FOR A JUDICIOUS FORBEARANCE IN THE SENTENCING OF ANH VAN OF 60 WHITON AVE., QUINCY, MASSACHUSETTS. MR VAN HAS BEEN A KIND FRIEND OF MY FAMILY FOR THE PAST THREE YEARS. I ALSO KNOW HIM TO BE AN ATTENTIVE FATHER TO TWO INFANT CHILDREN WHO NEED HIS LOVE AND SUPPORT. I BELIEVE THAT THERE ARE NOW IMPORTANT PEOPLE IN MR VAN'S LIFE, INCLUDING THE MOTHER OF HIS CHILDREN, WHO WILL PROVIDE HIM WITH THE GUIDANCE AND INCENTIVE TO WEAN HIM AWAY FROM HABITS THAT HAVE PREVIOUSLY CAUSED PROBLEMS FOR HIMSELF AND OTHERS. GIVEN THE OPPORTUNITY TO SOON FREELY INTERACT WITH THOSE PEOPLE, MR VAN, I BELIEVE, WILL NOT DISAPPOINT THE COURT.

SINCERELY,

Don J. Rittmann

To whom it may concern,

I, Josephine Ha, owner of Massachusetts Floor Care hereby want to state my follow opinion regarding Van Anh. Van Anh was employed with my company since he got out of his sentence. Ever since he was employed, the company was doing great. He took responsibility to all of his jobs. Every job he has done have nothing but compliment. After 2 years of employed and trained, he decided to open his own business to make more money to support his future family. I, by all means, help him in his success. I will consider hiring him without a second thought. I know for the fact having him back will make my business expand even bigger. I trust him taking charge of my business.

I also want to state that not only he's a great worker, but a great friend. He makes sacrifices to see people smile everyday. For that, I appreciate having him as a loyal worker and great friend.

Josephine Ha.

Honorable Ernest C. Tores
U.S. District Judge

Che Che Yap
60 Whiton Avenue
Quincy, MA 02169

Your Honor,

Thank you. If Your Honor is reading my letter up to this point, I would not thank you enough. I know this is not the only letter on your table right now but I hope Your honor will give a slight consideration to my request, which means the whole world to me.

I, Che Che Yap as mentioned above, am the wife of Anh Van. Although we have not legally tied our marital bond, we have been happily living together with out two beautiful sons. Alvan is at the age of two and Auston turned one year old this October 29th of 2006.

I met my husband (Anh Van) year 2001 and we have been together ever since. Your Honor, please do not judge him by his intimidating appearance. Once you get to know him, he is a simple and a sincere gentleman. He was very honest with me about his past imprisonment. He was young, ignorant and naive. He told me that since his release from prison, he realize those years are not just numbers. It comes with a price, a price that cost him his family, memories and future. He had lost his mother's love and respect. His father passed away during Vietnam War. His father served in the navy. He told me how disappointed his father would be to live and see all the troubles he got himself into. He had a very difficult time adapting to his new life since his release and people judging him from his past but he is determined to get a fresh start. He started working for his brother who owned a restaurant at that time and he helped out with basically everything from the kitchen to the front of the house. Then, he managed to land a job with his cousin as a hardwood floor installer which gives him the inspiration to own his own business. Eight months later he establish A.V. Hardwood Floor with the help from his cousin. He learned from other people and he worked hard for his own business and he is very proud of himself. He once told himself that this is the beginning of his second chance. He filed tax returns every year. I am proud of his achievement and I see in him his willingness to change to a better person. I believe in him.

I left my career as a restaurant manager during the first semester into my first pregnancy with our first son. I was employed by Millennium Bostonian Hotel to manage Seasons Restaurant located in Boston, MA. Your Honor, our life was very simple and we do not desire much, just enough to go through with out needs and for us to provide the necessities for our two sons. Anh Van is a loving and caring father. He simply adores and loves them dearly. Alvan was only one and a half year old when his daddy was taken away from him but he understands that his daddy is not around him anymore. He will point to the door and ask for "Dada." I have no family members here. The only family I have are my two sons and my husband. I rely on my husband's income to support us and since his arrest, we had to close down his business because we could not renew his business certificate. My debt lists are from point east to point west and I

still owe Mr. Zalkind and Ms. Bernstein attorneys' fees which I have yet to clear. I have tried searching to land a decent job with a decent pay to top my two sons' babysitting fees.

Your Honor, it all comes down to this point. I am beyond devastated and our life is miserable without my husband. I am not exaggerating. It breaks my heart to see Alvan and Auston to go through what my husband had gone through – growing up without the presence of a father figure. Experiences like these is a nightmare that any mother would never wish for. My two sons have lost their only male role model and the love only their father could provide them. I wish and pray for my sons to be able to do things that my husband never had the chance to do with his father. It will be a heartache to see that taken away from Alvan and Auston. I know my husband is weeping inside for not being able to perform his duty as a father and to be there when he is needed the most, because I know I am. I have cried my tears dry but only I could hear.

Please Your Honor, we are hoping beyond hope for Your Honor's leniency towards my husband's sentencing. I am a simple wife with nothing to offer buy my sincere blessing for your kindness and forgiveness.

Yours ~~Tr~~uthfully.

Catherine,