# CERTIFICATE OF COMPLETION

Awarded to:

Van Anh

For participation in Substance Abuse Awareness and Anger Management educational groups at the Wyatt Detention Facility

6/23/06

DATE

Maria Garrido, Psy.D.
University of Rhode Island

Jean Singleton
Programs Director
Wyatt Detention Facility
Central Falls, Rhode Island

**TATON LEARNING INSTITUTE**

Fellowship Health Resources, Inc.

Educational and Consultation Services for Nonprofit Organizations

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE IS AWARDED TO

## VAN ANH

IN RECOGNITION OF THE COMPLETION OF

INTERPERSONAL VIOLENCE: IMPACT OF MEDIA ON STEREOTYPES AND DEPERSONALIZATION

JUNE 20–JULY 25

2006

6:00 TO 7:30 P.M.

DONALD W. WYATT DETENTION FACILITY

Elizabeth Folcarelli
SIGNATURE

7/25/06
DATE

25 Blackstone Valley Place, Suite 204, Lincoln, RI 02865 401-642-4440 tli@fellowshiphr.org

# Donald W. Wyatt Detention Facility

## Health Services Unit

# Certificate of Completion

*is hereby granted to:*

Anh Van

*for successful completion of the*

*Health Services Detainee Education Program*

*Granted: October 19, 2006*

Maureen Medeiros LPN

*Maureen Medeiros, LPN Educator*