UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | CR No. 05-00134-01-T |
| | : | |
| VAN ANH | : | |

**NOTICE OF APPEAL**

Now comes the defendant, Anh Van, *pro se,* and files a Notice of Appeal of the conviction and sentence in the above-entitled matter.

Respectfully submitted,

Anh Van, *Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of November, 2006, I caused a copy of this document to be served by mail on:

James H. Leavey, Esq.
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903