UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES | : | |
| v. | : | CR No. 05-00134-01-T |
| VAN ANH | : | |

**MOTION TO WITHDRAW**

Now come undersigned counsel, Jr., Norman S. Zalkind, and Inga S. Bernstein, C. Leonard O'Brien, and hereby move to withdraw as counsel for defendant Anh Van. As grounds therefor, counsel state as follows:

1. With the sentencing of Mr. Van on November 17, 2006, proceedings in the District Court for this case have concluded.

2. Mr. Van has filed his Notice of Appeal.

3. Mr. Van has not retained undersigned counsel for appeal and lacks the financial resources to do so. It is our understanding that he will seek the appointment of counsel to represent him on appeal.

4. The interests of justice require the granting of this motion.

Respectfully submitted,

/s/ C. Leonard O'Brien, Esq.

C. Leonard O'Brien (# 1886)
len@ridefense.com
MacFadyen, Gescheidt & O'Brien
101 Dyer Street
Providence, RI 02903
(401) 751-5090

/s/ Inga S. Bernstein, Esq.

Inga S. Bernstein (Massachusetts BBO# 627251)
ibernstein@zrld.com
Norman S. Zalkind (Massachusetts BBO# 538880)
Zalkind, Rodriguez, Lunt & Duncan LLP
65a Atlantic Avenue
Boston, MA 02110
(617) 742-6020

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of December, 2006, I caused a copy of this Motion to Withdraw to be served by electronic means on:

James H. Leavey, Esq.
james.leavey@usdoj.gov
Assistant United States Attorney
Fleet Center
50 Kennedy Plaza, 8th Floor
Providence, RI 02903

/s/ C. Leonard O'Brien, Esq.