05-00134
Judge Torres
USDC RI

# United States Court of Appeals
## For the First Circuit

No. 07-1010

UNITED STATES OF AMERICA,

Appellee,

v.

VAN ANH, a/k/a ANH VAN,

Defendant, Appellant.

**JUDGMENT**

Entered: April 11, 2008

This cause came on to be heard on appeal from the United States District Court for the District of Rhode Island and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The conviction and sentence of Van Anh are affirmed.

...tified and Issued as Mandate
...nder Fed. R. App. P. 41.

...ichard Cushing Donovan, Clerk

Deputy Clerk

Date: 5/5/08

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Mr. Ouderkirk, Mr. Lockhart, Mr. Black, Ms. Charles, Mr. Madden, Ms. Bernstein, & Mr. Leavey.